effect could not, therefore, call for reversal.

■ The court did not err in admitting the testimony of the officer that the car in which he found appellant bore the same license number as that furnished him by Mr. Thomas.

■ The evidence is deemed sufficient to sustain the conviction and no reversible error is found.

Appellant's motion for rehearing is overruled.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Jr., Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, enhanced because of a prior conviction for felony theft, 12 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.